## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HOLLIE GREGORY                                                                                            PLAINTIFF

v.                                                    3:04CV00278 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 15th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE